CHIEF JUDGE RICARDO S. MARTINEZ

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR21-039-RSM |
| Plaintiff, | |
| v. | ORDER GRANTING MOTION TO PROCEED WITH GUILTY PLEA HEARING BY VIDEO |
| CHRISTIAN ASENCIO, | |
| Defendant. | |

THE COURT has considered Christian Asencio's unopposed motion to proceed with his guilty plea hearing by video, along with all the records and files in this case.

THE COURT FINDS that a videoconference guilty plea hearing should take place as soon as practical because further delays in this case would cause "serious harm to the interests of justice." *See* General Order No. 04-20 (3/30/20).

THE COURT ORDERS that a guilty plea hearing be scheduled by videoconference on March 11, 2021.

DATED this 8th day of March 2021.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

Presented by:

s/ *Corey Endo*
Assistant Federal Public Defender
Attorney for Christian Asencio

ORDER TO PROCEED WITH GUILTY
PLEA HEARING BY VIDEO
(*United States v. Asencio*, CR21-039-RSM) - 1

FEDERAL PUBLIC DEFENDER
1601 Fifth Avenue, Suite 700
Seattle, Washington 98101
(206) 553-1100