1

CHIEF JUDGE RICARDO S. MARTINEZ

2

3

4

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

5

6

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR21-039-RSM |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | ORDER GRANTING |
| | ) | MOTION TO PROCEED WITH |
| | ) | SENTENCING HEARING BY VIDEO |
| CHRISTIAN ASENCIO, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

7

8

9

10

11

12    THE COURT has considered Christian Asencio's unopposed motion to proceed

13  with his sentencing hearing by video, along with all the records and files in this case.

14    THE COURT NOW ORDERS that the sentencing hearing scheduled for

15  May 18, 2021, shall take place over video.

16    DATED this 19th day of April 2021.

17

18

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT
JUDGE

19

20

21

22

23  Presented by:

24  s/ Corey Endo
Assistant Federal Public Defender

25  Attorney for Christian Asencio

26

ORDER TO PROCEED WITH SENTENCING
HEARING BY VIDEO
(*United States v. Asencio*, CR21-039-RSM) - 1

**FEDERAL PUBLIC DEFENDER**
**1601 Fifth Avenue, Suite 700**
**Seattle, Washington 98101**
**(206) 553-1100**